# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM J. LYSEN & ELLEN L. LYSEN  
803 HILLTOP BLVD.  
MCHENRY, IL  60050

SSN-xxx-xx-9782 & xxx-xx-8465

Case Number: 04-70492

Case filed on: 2/2/2004  
Plan Confirmed on: 6/25/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $38,795.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | MATUSZEWICH, KELLY & MCKEEVER, LLP | 1,894.00 | 1,894.00 | 1,894.00 | 0.00 |
|  | Total Legal | 1,894.00 | 1,894.00 | 1,894.00 | 0.00 |
| 216 | THE RAMSEY LAW FIRM P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM J. LYSEN | 0.00 | 0.00 | 57.48 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 57.48 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 10,000.00 | 10,000.00 | 10,000.00 | 3,826.73 |
| 002 | WM SPECIALTY MORTGAGE LLC | 32,281.82 | 8,233.47 | 8,233.47 | 0.00 |
|  | Total Secured | 42,281.82 | 18,233.47 | 18,233.47 | 3,826.73 |
| 001 | CAPITAL ONE AUTO FINANCE | 4,413.79 | 4,413.79 | 4,413.79 | 0.00 |
| 003 | CAPITAL ONE | 1,265.77 | 1,265.77 | 1,265.77 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,187.57 | 1,187.57 | 1,187.57 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SMC | 256.31 | 256.31 | 256.31 | 0.00 |
| 009 | DIRECT MERCHANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 496.68 | 496.68 | 496.68 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,665.08 | 1,665.08 | 1,665.08 | 0.00 |
| 012 | MATTHEW PERRONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 633.09 | 633.09 | 633.09 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,978.80 | 1,978.80 | 1,978.80 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 260.61 | 260.61 | 260.61 | 0.00 |
|  | Total Unsecured | 12,157.70 | 12,157.70 | 12,157.70 | 0.00 |
|  | Grand Total: | 56,333.52 | 32,285.17 | 32,342.65 | 3,826.73 |

Total Paid Claimant:    $36,169.38  
Trustee Allowance:      $2,625.62  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan